THIS ORDER IS APPROVED.

Dated: July 2, 2015

_Scott H. Gan, Bankruptcy Judge_

1  Nancy K. Swift (SBN: 014910)
   **BUCHALTER NEMER**
2  16435 North Scottsdale Road, Suite 440
   Scottsdale, AZ 85254-1754
3  Telephone: (480) 383-1800
   Facsimile: (480) 824-9400
4  Email: nswift@buchalter.com

5  Attorneys for Creditor

6

7  IN THE UNITED STATES BANKRUPTCY COURT

8  IN AND FOR THE DISTRICT OF ARIZONA

9

10 In re:                              Chapter 11

11 ROBERT W. BRANSKY and               No.: 4:15-bk-05735 SHG
   JODI L. BRANSKY,
12                                     ORDER GRANTING MOTION FOR
                                       INTERIM COMPENSATION AS AND FOR
13              Debtors,               ADEQUATE PROTECTION

14

15

16     This matter having come before this Court and pursuant to the Motion For Interim

17 Compensation As And For Adequate Protection regarding the Debtors' 2014 FORD

18 EXPLORER, VIN: 1FM5K8GTXEGC58633 and the Court having reviewed said Motion

19 and finding that relief should issue hereby Orders as follows:

20     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that FORD MOTOR

21 CREDIT COMPANY LLC ("FORD") is entitled to Adequate Protection regarding its

22 collateral in sum of $818.92 per month direct from the Debtor to cover the Debtors' use of

23 and possession of the subject vehicle from the date of fling this case until further order of

24 the Court.

25

26

B7777.8859 BN 18472473v1

1   IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Debtor upon
 2   entry of this Order continues making the Adequate Protection payments in the amount of
 3   $818.92 per month and continues making them until further order of the Court.
 4   DATED this _____ day of _____, 2015.
 5
 6                                                  _____
                                                    U.S. BANKRUPTCY JUDGE
 7
 8   COPY of the foregoing mailed this
     _12th_ day of June, 2015, to:
 9
10   Robert W. Bransky
     Jodi L. Bransky
11   633 W. Pizzicato Ln.
     Tucson, Arizona 85737
12   Debtors

13   Dennis M .Breen, III
     Breen Olson & Trenton, LLP
14   4720 N. Oracle Rd., Suite 100
     Tucson, Arizona 85705
15   Attorneys for Debtors

16   Christopher J. Pattock
     Office of the U.S. Trustee
17   230 N. First Ave., #204
     Phoenix, Arizona 85003
18   Attorney for U.S. Trustee

19   The Twenty Largest
     Unsecured Creditors
20
     */s/ Cathy C. Bohnsack*
21
22
23
24
25
26

B7777.8859 BN 18472473v1                     -2-