# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )    CASE NO. 4:15-bk-05736-SHG

J.R. WILLIAMS, LLC )    **BUSINESS AND INDUSTRY**
)    **MONTHLY OPERATING REPORT**
)
)    MONTH OF _May 2015_
)
)    DATE PETITION FILED: __5/9/2015__
)
Debtor )    TAX PAYER ID NO. : _86-0205132_
)

Nature of Debtor's Business: _Wholesale_

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_                           _Sole member_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

_Robert Bransky_                        _6-22-15_
PRINTED NAME OF RESPONSIBLE PARTY           DATE

**PREPARER:**

_[signature] Nygren_                    _Accountant_
ORIGINAL SIGNATURE OF PREPARER              TITLE

_Ana Nygren_                            _6-15-15_
PRINTED NAME OF PREPARER                    DATE

PERSON TO CONTACT REGARDING THIS REPORT: _Ana Nygren_

PHONE NUMBER: _520-577-1196_

ADDRESS: _5448 N Crescent Hill Place_

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

| ALL SECTIONS OF THE REPORT ARE TO BE COMPLETED | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | # | # 9797 | # | # | |
| | | Operating | Payroll | Tax | |

| Balance at Beginning of Period | | θ | | | |
|---|---|---|---|---|---|

**RECEIPTS**

| | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | 270.03 | | | |
| Accounts Receivable | | 137889.73 | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Transfer from checking | | 73980.09 | | | |
| Transfer from savings | | 2612.97 | | | |
| Other (attach list) | | | | | |
| TOTAL RECEIPTS | | 214752.82 | | | |

**DISBURSEMENTS**

| | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | | 156741.62 | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | | 156741.62 | | | |

| Balance at End of Month | | 58011.20 | | | |
|---|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

**DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:**

| | |
|---|---|
| Total Disbursements From Above | |
| **Less**: Transfers to Other DIP Accounts | |
| **Plus**: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | |

# JR Williams LLC
## Profit & Loss
### May 9 - 31, 2015

|  | May 9 - 31, 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 270.03 |
| Sales Income | 71,897.10 |
| Shipping, Delivery Income | 687.50 |
| **Total Income** | 72,854.63 |
| **Cost of Goods Sold** | |
| Purchases - COS | 60,482.01 |
| **Total COGS** | 60,482.01 |
| **Gross Profit** | 12,372.62 |
| **Expense** | |
| Accounting Fees | 43.39 |
| Bank Charges | 157.74 |
| Freight & Delivery | 1,375.00 |
| Interest Expense | 651.39 |
| Internet | 18.50 |
| Office Supplies | 187.45 |
| Rent or Lease | 1,500.00 |
| Travel Expense | 413.71 |
| **Total Expense** | 4,347.18 |
| **Net Ordinary Income** | 8,025.44 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Earned | 0.02 |
| **Total Other Income** | 0.02 |
| **Net Other Income** | 0.02 |
| **Net Income** | 8,025.46 |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |
| | | | |
| COST OF GOODS SOLD | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| | | | |
| GROSS PROFIT | | | |
| | | | |
| OPERATING EXPENSES | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |
| | | | |
| Income Before Non-operating Income and Expense | | | |
| | | | |
| OTHER INCOME & EXPENSE | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| | | | |
| Income Before Reorganization Expense | | | |
| | | | |
| REORGANIZATION EXPENSES | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| | | | |
| Income Tax | | | |
| | | | |
| NET PROFIT OR (LOSS) | | | |

Page 3

# JR Williams LLC
## Balance Sheet
### As of May 31, 2015

|  | May 31, 15 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| WF - Checking - 9797 | 58,011.20 |
| **Total Checking/Savings** | 58,011.20 |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 125,969.36 |
| **Total Accounts Receivable** | 125,969.36 |
| Other Current Assets | |
| *Inventory Asset | 104,806.74 |
| **Total Other Current Assets** | 104,806.74 |
| **Total Current Assets** | 288,787.30 |
| **TOTAL ASSETS** | 288,787.30 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 144,478.05 |
| **Total Accounts Payable** | 144,478.05 |
| Credit Cards | |
| Wells Fargo Credit Card | 2,039.79 |
| Wells Fargo Line of Credit | 96,149.44 |
| **Total Credit Cards** | 98,189.23 |
| **Total Current Liabilities** | 242,667.28 |
| **Total Liabilities** | 242,667.28 |
| Equity | |
| Members Draw | -115,253.15 |
| Members Equity | 11,749.15 |
| Retained Earnings | 331,296.25 |
| Net Income | -181,672.23 |
| **Total Equity** | 46,120.02 |
| **TOTAL LIABILITIES & EQUITY** | 288,787.30 |

Case 4:15-bk-05735-SHG    Doc 62    Filed 07/23/15    Entered 07/23/15 11:04:33    Desc
Main Document    Page 5 of 13

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | -0- |
| Plus: Purchases | 160453.38 |
| Less: Cost of Goods Sold | 55646.64 |
| Ending Inventory | 104806.74 |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Page 5

# STATUS OF LIABILITIES
## AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | 8,200.00 | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 6

| Case Number: 4:15-bk-05736-BMW | | CASE STATUS |

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____

_____

_____

Current number of employees: _____

INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

_____

_____

_____

Identify any matters that are delaying the filing of a plan of reorganization:

_____

_____

_____

# DISBURSEMENT DETAIL

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

Month: _____

Account # _____

Bank Name _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Total checks listed on this page | |
|---|---|
| Total checks listed on continuation pages | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

Case Number: 4:15-bk-05736-BMW

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

## DISBURSEMENT DETAIL
## CONTINUATION SHEET

Month: _____
Account # _____

Bank Name _____

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TOTAL DISBURSEMENTS - THIS PAGE | |
|---|---|

Page 8a

# Analyzed Business Checking



J.R. WILLIAMS, LLC
DEBTOR IN POSSESSION
CH 11 CASE # 15-05736 (AZ)
633 W PIZZICATO LN
ORO VALLEY AZ 85737-3776

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
  **1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (038)
       1st & Tangerine
       P.O. Box 6995
       Portland, OR  97228-6995

---

## Account summary
### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 9797 | $0.00 | $214,752.82 | -$156,741.62 | $58,011.20 |

## Credits
### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/12 | 76,593.06 | Checking Opening Deposit |
| | 05/12 | 23,658.80 | Deposit Made In A Branch/Store |
| | 05/12 | 210.00 | Deposit Made In A Branch/Store |
| | 05/15 | 60.03 | Edeposit IN Branch/Store 05/15/15 04:27:48 PM 550 E Tangerine Rd Oro Valley AZ 9797 |
| | 05/22 | 16,800.00 | Deposit Made In A Branch/Store |
| | 05/26 | 65,090.93 | Deposit Made In A Branch/Store |
| | 05/26 | 32,340.00 | WT Fed#09251 HSBC Bank Canada /Org=Sunny Crunch Foods Srf# F1S1505266534700 Trn#150526152408 Rfb# |
| | | $214,752.82 | Total electronic deposits/bank credits |
| | | $214,752.82 | **Total credits** |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/13 | 67,140.00 | WT Fed#03085 Webster Bank, N.A. /Ftr/Bnf=Rochem International Srf# 0000457133457140 Trn#150513103388 Rfb# |
| | 05/15 | 15,010.00 | WT Fed#01225 Webster Bank, N.A. /Ftr/Bnf=Rochem International Srf# 0000457135239060 Trn#150515181302 Rfb# |
| | 05/19 | 49.46 | Harland Clarke Check/Acc. 051815 00004577575482 J. R. Williams, LLC |



**Electronic debits/bank debits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/21 | 99.99 | Purchase authorized on 05/20 Msft *Microsofts Bill.MS.Net WA S465140661436785 Card 6789 |
| | 05/22 | 21.72 | Recurring Payment authorized on 05/21 Msft * E0100108Ru 800-642-7676 WA S385142038972516 Card 6789 |
| | 05/26 | 300.00 | ATM Withdrawal authorized on 05/26 1St & Tangerine Oro Valley AZ 0000084 ATM ID 9880A Card 6789 |
| | 05/26 | 71,100.00 | WT Fed#03476 Webster Bank, N.A. /Ftr/Bnf=Rochem International Srf# 0000457146585331 Trn#150526120025 Rfb# |
| | 05/28 | 113.71 | Purchase authorized on 05/27 Majestic Mountain Payson AZ S385146785522755 Card 6789 |
| | 05/29 | ·16.28 | Recurring Payment authorized on 05/27 Adobe *Acrobat Pro 800-833-6687 CA S465147761916738 Card 6789 |
| | 05/29 | 1,496.96 | Purchase authorized on 05/27 Health Ins. Premiu 402-8847021 NE S585147772045366 Card 6789 |
| | 05/29 | 18.50 | Purchase authorized on 05/28 Myfax *Protus Ip 866-563-9212 CA S305147663588086 Card 6789 |
| | 05/29 | 1,375.00 | Echo Global Logi Purchase 150529 25484072 Jr Williams LLC |
| | | **$156,741.62** | **Total electronic debits/bank debits** |
| | | **$156,741.62** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/12 | 100,461.86 | 05/19 | 18,322.43 | 05/26 | 61,031.65 |
| 05/13 | 33,321.86 | 05/21 | 18,222.44 | 05/28 | 60,917.94 |
| 05/15 | 18,371.89 | 05/22 | 35,000.72 | 05/29 | 58,011.20 |
| | Average daily ledger balance | $39,623.90 | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.