Carlyle (Cary) W. Hall III (#026958)
Wesley D. Ray (#026351)
**POLSINELLI P.C.**
One E. Washington, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: chall@polsinelli.com
E-Mail: wray@polsinelli.com

Ryan D. Lapidus (CA Bar #196838) (Admitted Pro Hac Vice)
Daniel C. Lapidus (CA Bar #227170) (Admitted Pro Hac Vice)
Jim D. Bauch (CA Bar #199454) (Admitted Pro Hac Vice)
**LAPIDUS & LAPIDUS, P.L.C.**
177 South Beverly Drive
Beverly Hills, CA 90212
E-Mail: ryan@lapiduslaw.com
E-Mail: dan@lapiduslaw.com
E-Mail: jim@lapiduslaw.com

Attorneys for Creditors
Axiom Foods, Inc. and Growing Naturals, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 Proceedings |
| ROBERT BRANSKY, and<br>JODI L. BRANSKY | Case No.: 4:15-bk-05735-SHG |
| Debtors. | Joint Administration with<br>Case No.: 4-15-bk-05736-BMW |
| Joint Administration pending with: | |
| J.R. WILLIAMS, L.L.C.,<br>an Arizona Limited Liability Company, | **NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE OBJECTIONS** |
| This pleading applies to:<br>☒ All Debtors<br>☐ Specific Debtors | |

1    **NOTICE IS HEREBY GIVEN** that Axiom Foods, Inc. and Growing Naturals, LLC have filed a motion requesting that the automatic stay be lifted to allow the continuation of Los Angeles County Superior Court, Case No. BC 544613 against the debtors in the above-captioned bankruptcy cases.

**FURTHER NOTICE IS GIVEN** that that the motion is available for review at the Bankruptcy Clerk's office, 38 S Scott Avenue, Tucson, Arizona, by accessing the Court's website at https://ecf.azb.uscourts.gov, or upon written request to movant's counsel, Wesley D. Ray, Polsinelli, P.C., CityScape Plaza, One E. Washington Street, Suite 1200, Phoenix, Arizona 85004.

**FURTHER NOTICE IS GIVEN** that if no written objection to the motion is filed with the Clerk of the Bankruptcy Court, with a copy served upon movant's counsel at the address listed above, within fourteen (14) days of service of this notice, pursuant to Local Rule 4001-1, the motion may be approved, and the automatic stay terminated as requested in the motion, without further notice or hearing.

DATED: August 10, 2015.    POLSINELLI P.C.

 /s/ *Carlyle W. Hall III*
CARLYLE W. HALL III
WESLEY D. RAY
Attorneys for Creditors
Axiom Foods, Inc. and Growing Naturals, LLC


LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION

 /s/ *Jim D. Bauch*
RYAN D. LAPIDUS, *pro hac vice*
JIM D. BAUCH, *pro hac vice*
Attorneys for Creditors
Axiom Foods, Inc. and Growing Naturals, LLC

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on August 10, 2015, to:

| | |
|---|---|
| Christopher J. Pattock<br>* Christopher.J.Pattock@usdoj.gov<br>U.S. TRUSTEE'S OFFICE<br>230 N. 1st Avenue, Suite 204<br>Phoenix, AZ  85003 | Dennis M. Breen, III * dennis@botlawfirm.com<br>BREEN OLSON & TRENTON, LLP<br>4720 N. Oracle Rd., Suite 100<br>Tucson, AZ 85705-1673<br>  *Attorneys for Debtors* |
| Nancy K. Swift * nswift@buchalter.com<br>BUCHALTER NEMER<br>16435 North Scottsdale Road, Suite 440<br>Scottsdale, AZ 85254-1754<br>  *Attorneys for Ford Motor Credit*<br>  *Company LLC* | Robert M. Charles * RCharles@LRRLaw.com<br>LEWIS ROCA ROTHGERBER LLP<br>One South Church, Suite 700<br>Tucson, AZ 85701-1611<br>  *Attorneys for 4 & 1 Nutrition, LLC* |

Creditors listed on the Debtors' *List of Creditors Holding 20 Largest Unsecured Claims*:

Brownstein Hyatt Farbert Schreck
One East Washington Street, Suite 2400
Phoenix, AZ 85004

Bank of the West
2527 Camino Ramon
P.O. Box 5172
San Ramon, CA 94583

Wells Fargo Business Direct
P.O. Box 348750
Sacramento, CA 95834


By:   */s/ Mary Engel*

Case 4:15-bk-05735-SHG    Doc 69    Filed 08/10/15    Entered 08/10/15 14:11:03    Desc
50944444.1                 Main Document      Page 3 of 3