**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

**Dated: September 17, 2015**

_____

**Scott H. Gan, Bankruptcy Judge**

1

2

3

4

5

6            **IN THE UNITED STATES BANKRUPTCY COURT**

7                  **THE DISTRICT OF ARIZONA**

8    In Re:                                    Chapter 11 Proceedings

9    ROBERT BRANSKY, and                        Case No.: 4:15-bk-05735-SHG
     JODI L. BRANSKY
10

11        Debtors.                             Joint Administration with
     Joint Administration pending with:        Case No.: 4:15-bk-05736-BMW
12
     J.R. WILLIAMS, L.L.C.,
13   an Arizona Limited Liability Company,     **ORDER AUTHORIZING FILING UNDER
                                               SEAL**
14        This pleading applies to:

15                                             **Date of Hearing:    September 17, 2015**
              ☒  All Debtors                   **Time of Hearing:    10:30 a.m.**
16            ☐  Specific Debtors              **Location:           Courtroom 329**
                                                                    **38 S. Scott Avenue**
17                                                                  **Tucson, AZ**

18

19        This matter having come before the Court upon the _Motion to Authorize the Filing of_

20   _Confidential Commercial Information Under Seal_ (the "Motion") filed by Axiom Foods, Inc., and

21   Growing Naturals, LLC, creditors in the above captioned bankruptcy proceedings, and upon

22   consideration of the Motion, and with good cause appearing,

23        **IT IS HEREBY ORDERED AS FOLLOWS:**

24            1.    Granting the Motion in its entirety;

25            2.    Authorizing the filing of the confidential communication between Debtor

26   Robert Bransky and third party Michele Mullen by delivery of same directly to the Court;

27   and

28                                          1

3. Directing that the Mullen Communication be filed and maintained under seal.

DATED: _____.

_____
Honorable Scott H. Gan
United States Bankruptcy Judge

DENIED

51220917.1