# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | ROBERT W. & JODI L. BRANSKY | | |
| **Case Number:** | 4:15-BK-05735-SHG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 17, 2015 10:30 AM   COURTROOM 329 | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | ALICIA JOHNS | | |
| **Audio File Name:** | THL01180942.MP3 | | |
| **Audio File Size:** | 10,469 KB | | |
| **Audio File Length:** | 00:22:20 | | |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."

## *Matters:*

1) PRELIMINARY HEARING ON MOTION TO MODIFY THE AUTOMATIC STAY TO PERMIT CONTINUATION OF PENDING CIVIL CASE FILED BY WESLEY DENTON RAY OF POLSINELLI PC ON BEHALF OF AXIOM FOODS, INC.
   **R / M #:**   68 / 105

2) PRELIMINARY HEARING ON MOTION TO MODIFY STAY TO PERMIT CONTINUATION OF PENDING CIVIL CASE FILED BY ROB CHARLES OF LEWIS ROCA ROTHGERBER LLP ON BEHALF OF 4 & 1 NUTRITION, LLC.
   **R / M #:**   70 / 105

# Audio Record of Hearing Held